UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE A. GRAHAM, | : | CIVIL NO: 1:19-CV-01339 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| ROBERT WILKIE, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
August 5, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that Wilkie's motion for summary judgment (*doc. 37*) be **GRANTED** and that this case be **CLOSED**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge